

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00540-CV

Levi and Michelle **MCKENZIE**,
Appellants

v.

**COMMUNITY NATIONAL BANK**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-05-21843-CV
The Honorable Camile G. Dubose, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Community National Bank, recover its costs of this appeal from appellants, Levi and Michelle McKenzie.

SIGNED June 10, 2015.

_____
Jason Pulliam, Justice